TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01866

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Steven L. Wackenstedt<br>    Debtor.<br><br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>vs.<br><br>Steven L. Wackenstedt, Debtor; Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:10-bk-00802-CGC<br><br>Chapter 13<br><br>CERTIFICATE OF SERVICE<br>AND<br>NO OBJECTION |

STATE OF ARIZONA    )
                               ) ss.
County of Maricopa     )

       I, Mark S. Bosco, under oath, depose and say:

       That on April 9, 2010, I caused to be mailed a copy of the Notice of Filing Motion for Relief from Stay and Requirement to File, along with a copy of Motion for Relief from the Automatic Stay,

and a copy of a proposed Order Lifting Stay, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Steven L. Wackenstedt
17453 West Jackson Street
Goodyear, AZ 85338
Debtor

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtor

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee

and no objection to relief has been received by the affiant

TIFFANY & BOSCO, P.A.

BY _____
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

SUBSCRIBED AND SWORN to before me this 27th day of April, 2010.

_____
Notary Public

OFFICIAL SEAL
JULIE A. PURVIS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 26, 2013

| | |
|---|---|
| 1 | Copy of the foregoing was |
| 2 | mailed this 27th day of April, 2010. |
| 3 | Steven L. Wackenstedt |
| | 17453 West Jackson Street |
| 4 | Goodyear, AZ  85338 |
| | Debtor |
| 5 | |
| 6 | Joseph W. Charles |
| | P.O. Box 1737 |
| 7 | Glendale, AZ  85311-1737 |
| | Attorney for Debtor |
| 8 | |
| 9 | Russell A. Brown |
| | 3838 N. Central Ave |
| | Suite 800 |
| 10 | Phoenix, AZ  85012-1965 |
| | Trustee |
| 11 | |
| 12 | By: Julie Bush |